**Geoffrey C. Angel**
**ANGEL LAW FIRM**
**803 West Babcock**
**Bozeman, Montana 59715**
**Telephone (406) 922-2210**
**Facsimile (406) 922-2211**
**christianangel@hotmail.com**

**Attorney for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| **JAMES WRIGHT,** | **CV-26-14-H-WWM** |
| **Plaintiff** | **STATEMENT OF STIPULATED FACTS** |
| **vs.** | |
| **LEAH PAGNOZZI,** | |
| **Defendant.** | |

COMES NOW plaintiff James Wright, by and through his counsel of record Geoffrey C. Angel, and hereby files this Statement of Stipulated Facts pursuant to Local Rule 16.2(b)(3) and the Court's Order setting the preliminary pretrial conference filed . The parties stipulate to the following facts:

1. James Wright is a citizen and resident of the State of Wyoming.
2. Leah Pagnozzi is a citizen and resident of the State of Montana, specifically, Gallatin County.

3. The amount in controversy exceeds $75,000.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 based on complete diversity of citizenship and the amount in controversy.

5. Venue is proper in the Helena Division of the United States District Court for the District of Montana.

6. On March 2-3, 2024, Wright and Pagnozzi attended an event in Chicago, Illinois.

7. During the event, Pagnozzi and Wright discussed cryptocurrency.

DATED this 29th day of June 2026

ANGEL LAW FIRM

/s/ Geoffrey C. Angel
Geoffrey C. Angel
ANGEL LAW FIRM
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 29th day of June 2026 I caused a true and correct copy of the foregoing document to be served upon the opposing party or counsel by electronic filing or if a conventional filer, as follows:

Ian McIntosh
Rebecca Dunnan
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, Montana 59710
imcintosh@crowleyfleck.com
rdunnan@crowleyfleck.com

/s/ Geoffrey C. Angel
Geoffrey C. Angel
ANGEL LAW FIRM
Attorney for Plaintiff